**J. E. BARON, as Trustee in Bankruptcy of George Bernard Morris, Appellant, v. BANK OF AMERICA NATIONAL TRUST & SAVINGS ASSOCIATION, Appellee.**

No. 7180.

Circuit Court of Appeals, Ninth Circuit.

June 5, 1933.

Irl D. Brett, of Los Angeles, Cal., for appellant.

Freston & Files, of Los Angeles, Cal., for appellee.

Before WILBUR, SAWTELLE, and GARRECHT, Circuit Judges.

PER CURIAM.

Upon stipulation of counsel for the respective parties, and good cause therefor appearing, ordered appeal in above cause dismissed without costs to either party; mandate forthwith.

■

**In re C. C. BARRY, Bankrupt.**

**S. H. PETERS and Wm. H. Moore, Trustee in Bankruptcy for the Estate of the COAST PAPER BOX COMPANY, Bankrupt, Appellants, v. C. C. BARRY, Appellee.**

No. 7068.

Circuit Court of Appeals, Ninth Circuit.

May 10, 1933.

Craig & Weller and Thomas S. Tobin, both of Los Angeles, Cal., for appellants.

Joe C. Burke, Raymond Hoyt, and Russell Graham, all of Los Angeles, Cal., for appellee.

Before WILBUR, SAWTELLE, and MACK, Circuit Judges.

PER CURIAM.

Upon consideration of the record and briefs and of oral argument of counsel for the respective parties, it is ordered that the order of the District Court in this cause be, and hereby is, affirmed, that a judgment of affirmance be filed and entered, and the mandate of this court to issue in accordance with Rule 32.

■

**David C. BENNETT, as Trustee in Bankruptcy of FROH HOMES, Inc., Appellee, v. WITTER HOMES, Inc., Appellant.**

**SAME v. Joseph H. GLEISCH, Appellant.**
**SAME v. Ida DIETZ, Appellant.**

Nos. 398–340.

Circuit Court of Appeals, Second Circuit.

May 8, 1933.

Walter B. Milkman, of Brooklyn, N. Y., for appellants.

David Haar, of New York City for appellee.

Before L. HAND, SWAN, and CHASE, Circuit Judges.

PER CURIAM.

Decrees (3 F. Supp. 709) affirmed on opinion below.